JAN-30-2008 14:44   LOWENSTEIN SANDLER#13   P.02/02



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBIT ONE COMMUNICATIONS, INC.,
and DAVID RONSEN,

           Plaintiffs,

- against -

NUMEREX CORP.,

           Defendant

Civil Action No. 08-0905 (LAK)

**STIPULATION**



IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned attorneys, that the time for defendant Numerex Corp. to answer the Complaint in the above-captioned action is hereby extended to, and including, February 27, 2008.

Dated: New York, New York
January 29, 2008

ARNOLD & PORTER LLP

By _____
Kent A. Yalowitz (KY-3234)
Brandon H. Cowart (BC-1615)
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
kent.yalowitz@aporter.com

*Attorneys for Defendant*

LOWENSTEIN SANDLER PC

By _____
John McFerrin-Clancy (JM-C 6937)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402  973 422 6897
jmcferrin-clancy@lowenstein.com

*Attorneys for Plaintiffs*

SO ORDERED this 31 day of Jan, 2008:

_____
Hon. Lewis A. Kaplan

TOTAL P.02