KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORBIT ONE COMMUNICATIONS, INC.,
and DAVID RONSEN,

                Plaintiffs,

  - against -

NUMEREX CORP.,

                Defendant.

Civil Action No. 08-0905 (LAK)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned attorneys, that the time for defendant Numerex Corp. to answer the Complaint in the above-captioned action is hereby extended to, and including, March 10, 2008.

Dated: New York, New York
       February 21, 2008

**ARNOLD & PORTER LLP**

By _____
   Kent A. Yalowitz (KY-3234)
   Brandon H. Cowart (BC-1615)
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
kent.yalowitz@aporter.com

*Attorneys for Defendant*

**LOWENSTEIN SANDLER PC**

By JOHN McFERRIN-CLANCY
   John McFerrin-Clancy (JM-C 6937)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (973) 422-6897
jmcferrin-clancy@lowenstein.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

2/25/08