UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORBIT ONE COMMUNICATIONS, INC.,
and DAVID RONSEN,

    Plaintiffs,

- against -

NUMEREX CORP.,

    Defendant.

Civil Action No. 08-0905 (LAK)

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Numerex Corp. certifies that there exists the following parent companies or publicly held companies owning more than ten percent (10%) of their stock:  None.

Dated: New York, NY
   March 10, 2008

          Respectfully submitted,

          ARNOLD & PORTER LLP

          _____
          Kent A. Yalowitz
           *Kent.Yalowitz@aporter.com*
          399 Park Avenue
          New York, NY  10022
          (212) 715-1000

          *Counsel for Defendant*