**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., DAVID RONSEN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>-against-<br><br>NUMEREX CORP.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 08-CV-0905 (LAK)<br><br>**NOTICE OF APPEARANCE OF JOHN MCFERRIN-CLANCY, ESQ.** |

**PLEASE TAKE NOTICE** that Plaintiffs/Counterclaim Defendants Orbit One Communications, Inc. and David Ronsen ("Plaintiffs") are represented by the firm Lowenstein Sandler PC in the above captioned matter. John McFerrin-Clancy hereby enters appearance as "lead attorney to be noticed" on behalf of Plaintiffs. Accordingly, Plaintiffs respectfully request that all Notices of Electronic Filing related to this case be forwarded to Mr. Clancy (jmcferrin-clancy@lowenstein.com).

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas
New York, New York 10020
212.262.6700
212.262.7402 (fax)

Dated: March 31, 2008         By: /s/  John McFerrin-Clancy
                                     John McFerrin-Clancy