UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., DAVID RONSEN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>-against-<br><br>NUMEREX CORP.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 08-CV-0905 (LAK)<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>**Document Electronically Filed** |

**FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned attorney of Plaintiffs Orbit One Communications, Inc. ("Orbit One") and David Ronsen hereby certifies that there are no parent companies or publicly-held companies owning more than ten percent (10%) of Orbit One's stock.

                                  **LOWENSTEIN SANDLER PC**

                                  By:   _/s/_____
                                            John J.D. McFerrin-Clancy (JM-C 6937)
                                            1251 Avenue of the Americas
                                            New York, NY 10220
                                            (212) 262-6700
                                            *Attorneys for Plaintiffs*

Dated: March 31, 2008

20543/2