**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., DAVID RONSEN,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    -against-<br><br>NUMEREX CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 08-CV-0905 (LAK)<br><br>**NOTICE OF APPEARANCE OF MATTHEW SAVARE, ESQ.** |

**PLEASE TAKE NOTICE** that Plaintiffs/Counterclaim Defendants Orbit One Communications, Inc. and David Ronsen ("Plaintiffs") are represented by the firm Lowenstein Sandler PC in the above captioned matter. Matthew Savare hereby enters appearance on behalf of Plaintiffs in addition to John McFerrin-Clancy, who has already entered an appearance as "lead attorney to be noticed" on behalf of Plaintiffs. Accordingly, Plaintiffs respectfully request that all Notices of Electronic Filing related to this case be forwarded to Mr. Savare (msavare@lowenstein.com).

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 (fax)

Dated: March 31, 2008         By: /s/ Matthew Savare
                                          Matthew Savare