UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., DAVID RONSEN,<br><br>         Plaintiffs,<br><br>  -against-<br><br>NUMEREX CORP.,<br><br>         Defendant. | Civil Action No. 08-CV-0905 (LAK)<br><br>**DEMAND FOR JURY TRIAL** |

  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a trial by jury as to all issues so triable.

Dated: January 29, 2008
    New York, New York

            **LOWENSTEIN SANDLER PC**

          By: /s/_____
            John J.D. McFerrin-Clancy (JM-C 6937)
            1251 Avenue of the Americas
            New York, NY 10220
            (212) 262-6700
            *Attorneys for Plaintiffs*

To: Kent A. Yalowitz
   Arnold & Porter LLP
   399 Park Avenue
   New York, New York  10022-4690
   *Attorneys for Defendant*

20543/2