

**Sandler**
ATTORNEYS AT LAW

JUL 1 7 2008

John J.D. McFerrin-Clancy
Member of the Firm
Tel 646 414 6910
Fax 973 422 6897
jmcferrin-clancy@lowenstein.com

July 16, 2008

**VIA HAND DELIVERY**

The Honorable James C. Francis, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

Re:  **Orbit One Communications, Inc., David Rosen v. Numerex Corp.**

Dear Magistrate Judge Francis:

We represent Plaintiffs, Orbit One Communications, Inc. and David Ronsen, in the above-referenced action. On July 1, 2008, subpoenas were issued to Stoughton Venture Capital, Galusha, Higgins & Galusha, P.C. ("Galusha"), HJ Associates, LLC, and Lowenstein Sandler PC by the United States District Court for the Southern District of New York. Each subpoena demanded the production of certain documents by July 16, 2008. Because these four subpoenas were served by regular mail on Lowenstein Sandler, we did not receive service until approximately July 8, 2008, approximately one week before the documents were to be produced.

On July 11, 2008, Lowenstein Sandler responded to the subpoena directed to it. On July 14, we wrote to counsel for Defendant, requesting an extension until July 25, 2008 to move to quash the subpoenas issued to Stoughton Venture Capital and Galusha. To date, counsel for Defendant has not responded to our request.

It is our understanding that Defendant has granted extensions to respond to both Stoughton Venture Capital and Galusha. However, out of an abundance of caution to avoid any waiver argument, we are writing to request an extension of time to move to quash these subpoenas (by way of letter brief or whatever form Your Honor directs) until July 25, 2008. Granting this extension will allow the parties to meet and confer and hopefully narrow the scope of our motion.

We thank Your Honor for consideration of this matter.

Respectfully submitted,

*John McFerrin-Clancy / PA*

John J.D. McFerrin-Clancy

20543/2
07/16/08 9209801.1

cc:  Matthew Savare, Esq.
 Kent A. Yalowitz, Esq. (via Federal Express and electronic mail)
 Brandon Cowart, Esq. (via electronic mail)

7/17/08

Application granted.
Any application to quash
may be made by letter.

SO ORDERED.

James C. Francis IV
USMJ

