# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent_Yalowitz@aporter.com

212.715.1113
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

July 28, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Strect
New York, New York 10007

Re: *Orbit One Communications, Inc., et al. v. Numerex Corp.*,
08 Civ. 905 (LAK)

*Numerex Corp. v. Scott Rosenzweig and Gary Naden*,
08 Civ. 6233 (LAK):

Dear Judge Kaplan:

This firm represents Numerex Corporation in the two above-referenced actions. We write this letter on behalf of all parties to request that the two actions be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a). Both cases arise out of the same nucleus of operative fact, will require the same discovery, and will require resolution of the same factual and legal issues.

Respectfully submitted,

Kent A. Yalowitz

cc: John McFerrin-Clancy, Esq. (via Fax)
*Counsel for Orbit One Communications, Inc. and David Ronsen*

Howard J. Kaplan, Esq. (via Fax)
*Counsel for Scott Rosenzweig and Gary Naden*

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ
7/29/08