John J.D. McFerrin-Clancy (JM-C 6937)
**LOWENSTEIN SANDLER P.C.**
1251 Avenue of the Americas
New York, NY 10220
(212) 262-6700
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., DAVID RONSEN, <br><br> Plaintiffs, <br><br> -against- <br><br> NUMEREX CORP., <br><br> Defendant. | Civil Action No. 08-CV-0905 (LAK) <br><br> **CERTIFICATE OF SERVICE** <br><br> **Document Filed Electronically** |

I, John J.D. McFerrin-Clancy, do hereby certify that:

1. On September 4, 2008, I electronically filed via ECF Plaintiffs'/Counterclaim Defendants' Motion for Summary Judgment and Judgment on the Pleadings pursuant to Fed. R. Civ. P. 56(b) and 12(c), with supporting Declarations of David Ronsen with exhibits, Scott Rosenzweig, and John J.D. McFerrin-Clancy with exhibits, a memorandum of law, and a 56.1 Statement.

2. On September 4, 2008, I served the same via e-mail and First Class Mail upon the following counsel for Defendant/Counterclaim Plaintiff:

> Kent A. Yalowitz, Esq.
>
> Brandon H. Cowart, Esq.

20543/2

-2-

By: <u>//s// John J.D. McFerrin-Clancy</u>
John J.D. McFerrin-Clancy

Dated: September 4, 2008