UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., and DAVID RONSEN,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    - against -<br><br>NUMEREX CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 08-0905 (LAK) (JCF)<br><br>**NOTICE OF MOTION FOR A JURY INSTRUCTION ON THE ISSUE OF SPOLIATION OF EVIDENCE AND OTHER RELIEF** |
| NUMEREX CORP.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    - against -<br><br>SCOTT ROSENZWEIG, GARY NADEN, and LAVA LAKE TECHNOLOGIES, LLC,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 08-6233 (LAK) (JCF) |
| GARY NADEN, DAVID RONSEN, SCOTT ROSENZWEIG, ORBIT ONE COMMUNICATIONS, INC., and LAVA LAKE TECHNOLOGIES, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    - against -<br><br>NUMEREX CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 08-11195 (LAK) (JCF) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant/Counterclaim Plaintiff Numerex Corp.'s ("Numerex's") Motion for a Jury Instruction on the Issue of Spoliation of Evidence and Other Relief, and the accompanying Declaration of Emily A. Kim, with attached exhibits, the accompanying Declaration of Robert Bolstad, with attached exhibit, and all pleadings and proceedings heretofore had herein, Numerex, by its undersigned counsel, will move this Court, pursuant to Federal Rules of Civil Procedure 16 and 37 and the inherent power of the Court to instruct juries and supervise proceedings before it, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, at a date and time to be determined in accordance with Judge Kaplan's rules, for an Order: 1) granting Numerex a jury instruction at trial permitting the jury to draw an adverse inference from Plaintiffs/Counterclaim Defendants Orbit One Communications, Inc. ("Orbit One") and David Ronsen's spoliation of evidence; 2) directing Orbit One and Ronsen to reimburse Numerex for its attorneys' fees and costs associated with bringing both the instant motion and its motion for sanctions, dated August 27, 2008; and providing such other relief that the Court deems proper and just.

Dated: New York, New York
March 8, 2010

                              Respectfully submitted,

                              ARNOLD & PORTER LLP

                 By _____
                            Kent A. Yalowitz
                            *Kent.Yalowitz@aporter.com*
                            Emily A. Kim

                            399 Park Avenue
                            New York, New York  10022-4690
                            Telephone:  (212) 715-1000
                            Facsimile:   (212) 715-1399

                            *Attorneys for Numerex Corp.*

To:     R. Scott Thompson, Esq.
        Lowenstein Sandler PC
        65 Livingston Avenue
        Roseland, NJ  07068

        *Attorneys for Orbit One Communications, Inc.,*
         *David Ronsen, and Lava Lake Technologies, LLC.*

        Howard J. Kaplan, Esq.
        Arkin Kaplan Rice LLP
        590 Madison Avenue
        New York, NY  10022

        *Attorneys for Scott Rosenzweig and Gary Naden*