UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, INC., and DAVID RONSEN,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    - against -<br><br>NUMEREX CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 08-0905 (LAK) (JCF) |
| NUMEREX CORP.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    - against -<br><br>SCOTT ROSENZWEIG, GARY NADEN, and LAVA LAKE TECHNOLOGIES, LLC,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 08-6233 (LAK) (JCF) |
| GARY NADEN, DAVID RONSEN, SCOTT ROSENZWEIG, ORBIT ONE COMMUNICATIONS, INC., and LAVA LAKE TECHNOLOGIES, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    - against -<br><br>NUMEREX CORP.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 08-11195 (LAK) (JCF) |

**DECLARATION OF ROBERT BOLSTAD**

1

I, Robert Bolstad, declare that:

1. I am an employee of Daylight Forensic and Advisory LLC ("Daylight"). I specialize in computer forensics and electronic discovery. I have personal knowledge of the facts set forth herein.

2. Daylight was retained by Numerex Corp. ("Numerex") to preserve, search, examine, and produce data retrieved from computers and system backups used by Numerex and its employees.

3. Numerex requested that Daylight analyze and search the e-mail and electronic files that were determined to be in the custody of David Ronsen. Files determined to be in the custody of Mr. Ronsen were located on Numerex computer hard drives, data file and electronic mail servers ("Numerex servers"), and system backups on hard drives.

4. In November of 2008, Daylight restored data from two system backups, dated January 3, 2008 and January 16, 2008, of Numerex servers. Daylight restored from these backups documents and e-mails determined to have been in the custody of Mr. Ronsen (the "Ronsen backup data").

5. I compared the Ronsen backup data to the data retrieved from all available live Numerex data sources, including Numerex servers and computer hard drives. I determined that there were approximately 2,089 unique relevant items among the Ronsen backup data that did not exist on the live Numerex data sources. 114 of those 2,089 items are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2010.

_____
Robert Bolstad